UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FITZPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FITZPATRICK, ET AL.,<br><br>Defendants. | No. 2:12-cv-2938 GEB AC PS<br><br><br><br>ORDER |

Before the court is plaintiff's June 28, 2013 motion for extension of time. ECF No. 33. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's June 28, 2013 (ECF No. 33) motion for extension of time is granted; and
2. The hearing on defendants' June 5, 2013 (ECF No. 28) and June 13, 2013 (ECF No. 32) motions to dismiss is hereby continued from July 31, 2013 to August 28, 2013 at 10:00 a.m. in Courtroom No. 26. The parties shall brief the motions in accordance with Local Rule 230.

DATED: July 8, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;fitz2938.eot

1