UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FITZPATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN FITZPATRICK, ET AL.,<br><br>　　　　　Defendants. | No.  2:12-cv-2938 GEB AC PS<br><br><br>ORDER |

On July 15, 2013, plaintiff filed a notice of voluntary dismissal with prejudice as to defendant Gold Mountain Winery, Inc. ("GMW") only.  ECF No. 38.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Defendant GMW is dismissed from this action with prejudice;

　　　　2.  GMW's June 5, 2013 motion to dismiss is denied as moot; and

　　　　3.  The August 28, 2013 hearing on GMW's motion to dismiss is vacated from calendar.

　　　　(The August 28, 2013 hearing on defendants Brian and Dianne Fitzpatrick's motion to

////

////

////

////

////

1

1  dismiss remains unaffected by this order.)

2  DATED: July 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;fitz2938.eot

2