1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL FITZPATRICK,                    No.  2:12-cv-2938 GEB AC PS

12              Plaintiff,

13        v.                                 ORDER

14   BRIAN FITZPATRICK, ET AL.,

15              Defendants.

16

17        On July 15, 2013, plaintiff filed a notice of voluntary dismissal with prejudice as to

18   defendant Gold Mountain Winery, Inc. ("GMW") only.  ECF No. 38.  Accordingly, IT IS

19   HEREBY ORDERED that:

20        1.  Defendant GMW is dismissed from this action with prejudice;

21        2.  GMW's June 5, 2013 motion to dismiss is denied as moot; and

22        3.  The August 28, 2013 hearing on GMW's motion to dismiss is vacated from calendar.

23            (The August 28, 2013 hearing on defendants Brian and Dianne Fitzpatrick's motion to

24   ////

25   ////

26   ////

27   ////

28   ////

                                1

1    dismiss remains unaffected by this order.)

2    DATED: July 19, 2013

3

4                                    _____

5                                    ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9    /mb;fitz2938.eot

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2