UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FITZPATRICK, et al.,<br><br>Defendants. | No.  2:12-cv-02938 GEB AC PS<br><br><br><br>ORDER |

   On October 8, 2014, this action came before the undersigned for a status (pretrial scheduling) conference.  During the conference, the parties discussed their availability to schedule the depositions of plaintiff Michael Fitzpatrick and defendants Brian Fitzpatrick and Dianne Fitzpatrick.  Plaintiff represented to the court that he will soon be traveling outside the country and will return by November 15, 2014.  Defendants represented that they are unavailable after November 20, 2014 and through mid-April due to travel outside the country.

   In light of the limited availability of both parties, IT IS HEREBY ORDERED that the depositions of the parties take place between November 15 and November 20, 2014, inclusive, in

////

////

////

////

1

1  El Dorado County.  The parties may amend this deposition schedule only by stipulation filed with
2  the court.
3      IT IS SO ORDERED.
4  DATED: October 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE