UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK, | No. 2:12-cv-02938 GEB AC PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| BRIAN FITZPATRICK, et al., | |
| Defendants. | |

On October 9, 2014, the court issued a scheduling order setting a settlement conference before the undersigned for April 30, 2015 and directing the parties to file a written waiver of any claim of disqualification of the undersigned conducting a settlement conference within thirty days from the date of the order. ECF No. 72 at 6. The deadline has passed and the parties have yet to file a written waiver.

Accordingly, IT IS HEREBY ORDERED that the parties shall, within fourteen (14) days of the date of this order, each file a written waiver of any claim of disqualification of the undersigned conducting a settlement conference. In the alternative, if any party wishes to withdraw his agreement to the undersigned acting as settlement judge, that party shall, within

////

////

////

1

fourteen (14) days of the date of this order, file a request that a settlement conference be scheduled before another magistrate judge.

IT IS SO ORDERED.

DATED: November 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE