UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK, | No. 2:12-cv-02938 GEB AC PS |
| Plaintiff, | |
| v. | ORDER |
| BRIAN FITZPATRICK, ET AL., | |
| Defendants. | |

Pending before the court is pro se plaintiff's December 4, 2014 request for electronic document submission. ECF No. 84. Having received and reviewed plaintiff's request, IT IS HEREBY ORDERED that plaintiff's December 4, 2014 request for electronic document submission, ECF No. 84, is granted. Plaintiff may now file all documents electronically pursuant to Local Rule 133.

IT IS SO ORDERED.

DATED: December 5, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1