UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK,<br><br>                 Plaintiff,<br><br>           v.<br><br>BRIAN FITZPATRICK, et al.,<br><br>                 Defendants. | No.  2:12-cv-2938 GEB AC (PS)<br><br><br><br>ORDER |

Defendants have filed a Motion for Summary Judgment.  ECF No. 99.  The parties are directed to comply with the briefing schedule set forth at E.D. Cal. R. ("Local Rule") 230. Specifically: plaintiff's opposition, or statement of non-opposition, shall be served and filed no later than July 8, 2015; defendants' reply, if any, shall be served and filed no later than July 15, 2015.

However, the hearing on the motion, currently scheduled for July 22, 2015, is hereby VACATED.

The date of the upcoming settlement conference, currently scheduled for August 13, 2015, is hereby CONFIRMED.

////

////

////

1

1   In the event the case does not settle, the court will take the pending summary judgment motion under submission, or re-schedule a hearing on the motion.

IT IS SO ORDERED.

DATED: June 16, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE