UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK, | No. 2:12-cv-2938 GEB AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN FITZPATRICK, et al., | |
| Defendants. | |

    Pending before the court are the following motions recently filed by plaintiff Michael J. Fitzpatrick: (1) Motion for Protective Order, ECF No. 102; (2) Motion for Summary Judgment, ECF No. 104; and (3) Motion To Compel, ECF No. 105.

Motion for Protective Order

    Plaintiff has filed a Motion for Protective Order, requesting relief from a "Notice of Deposition Duces Tecum." ECF No. 102. Plaintiff argues that attending the deposition is financially burdensome, apparently because he believes that he would have to travel to California from New Jersey. See ECF No. 102 at 2-3. As relief, plaintiff requests that defendant be limited to written interrogatories, or in the alternative, that plaintiff be permitted to attend a telephone deposition. Id. at 5.

    Plaintiff's motion will be denied as unnecessary, as plaintiff is simply objecting to the Notice of Deposition. He is free to do so by serving objections on the defendant. At that point,

1

the parties can attempt to resolve the matter informally.  Normally, if the parties could not resolve the matter, the <u>defendant</u> could then file a motion to compel.  However, the deadline for filing such a motion, June 24, 2015, has already passed.  Accordingly, the parties' only recourse is to resolve this matter informally if they can, without court intervention.

## Motion for Summary Judgment

Plaintiff has filed a cross-Motion for Summary Judgment.  ECF No. 104.  (Defendant's motion for summary judgment was filed on June 15, 2015.  ECF No. 99.)  Plaintiff's cross-motion will be taken under submission (as will defendant's motion) upon the completion of briefing.

## Motion To Compel

On June 26, 2015, plaintiff filed a Motion To Compel, seeking the production of certain documents.  ECF No. 105.  As noted, the deadline for filing such motions was June 24, 2015.  <u>See</u> ECF No. 88 (Amended Scheduling Order).  Accordingly, the motion, which in any event, does not comply with Local Rule 251, will be denied.

## CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Protective Order (ECF No. 102) is DENIED;

2. Defendant's opposition, or statement of non-opposition, to plaintiff's Motion for Summary Judgment (ECF No. 104), shall be served and filed no later than July 17, 2015; plaintiff's reply, if any, shall be served and filed no later than July 24, 2015; and

3. Plaintiff's Motion To Compel (ECF No. 105), is DENIED.

DATED: June 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE