UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK, | No. 2:12-cv-2938 GEB AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN FITZPATRICK, et al., | |
| Defendants. | |

Pending before the undersigned are the parties' cross-motions for summary judgment. The motions are fully briefed and are under submission. The court has not granted leave to file any additional pleadings or briefs in regard to the cross-motions. Plaintiff has nevertheless filed a "Second Supplemental Pleading" in regard to the cross-motions. ECF No. 129.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Second Supplemental Pleading" (ECF No. 129), is ordered STRICKEN from the docket.

DATED: January 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE