UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK, | No. 2:12-cv-2938 GEB AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN FITZPATRICK, et al., | |
| Defendants. | |

On March 16, 2016, plaintiff filed a motion for reconsideration of the district judge's order (ECF No. 141), dated March 4, 2016. ECF No. 143. Plaintiff has now improperly noticed that motion to be heard by the magistrate judge. ECF No. 146.

Accordingly, IT IS HEREBY ORDERED that:

The notice of motion (ECF No. 146) is DISREGARDED, and the motion will not be placed on the magistrate judge's calendar.

DATED: April 5, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE