UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FITZPATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN FITZPATRICK, et al.,<br><br>    Defendants. | No. 2:12-cv-2938 GEB AC (PS)<br><br><br>ORDER |

    Attorneys Michael D. Welch and Michael Welch + Associates have filed a Notice of Appearance, stating that they are now representing plaintiff in this matter, and moving to vacate all pending dates. ECF No. 149. According to the court's Local Rules, actions which were referred to the magistrate judge because all the plaintiffs or defendants were proceeding in propria persona, "shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney . . ." E.D. Cal. R. 302(c)(21).

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendants' pending motion for sanctions under Fed. R. Civ. P. 11 (ECF No. 144), is VACATED from the magistrate judge's calendar;

    2. Plaintiff's motion to vacate or continue dates (ECF No. 149), is DENIED as moot; and

////

////

1    3. This action is REFERRED back to the district judge presiding over this case.

2  DATED: April 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE